[No. 4536–II. Division Two. January 7, 1982.]

NORMAN W. KLEIN, ET AL, *Appellants,* v. R. D. WERNER COMPANY, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Lewis County, No. 34655, Dale M. Nordquist, J., entered January 14, 1980. *Affirmed as modified* by unpublished opinion per Pearson, J., concurred in by Reed, C.J., and Petrich, J.

[No. 3943–9–III. Division Three. January 7, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH VALENTINO DE LOS ANGELES, *Appellant.*

Appeal from a judgment of the Superior Court for Okanogan County, No. J–2377, Samuel C. Rutherford, J. Pro Tem., entered April 15, 1980. *Reversed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Pearson, J.